USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THERESA HOWARD-HINES, Derivatively on Behalf of Nominal Defendant PACS GROUP, INC.,

                Plaintiff,

-v-

JASON MURRAY, DERICK APT, MARK HANCOCK, MICHELLE LEWIS, JACQUELINE MILLARD, TAYLOR LEAVITT, and EVELYN DILSAVER,

                Defendants,

and

PACS GROUP, INC.,

                Nominal Defendant.

---

ADAM BECKMAN, Derivatively on Behalf of PACS GROUP, INC.,

                Plaintiff,

-v-

JASON MURRAY, DERICK APT, MARK HANCOCK, MICHELLE LEWIS, JACQUELINE MILLARD, TAYLOR LEAVITT, and EVELYN DILSAVER,

                Defendants,

and

PACS GROUP, INC.,

              Nominal Defendant.

25-cv-1343 (LJL)
25-cv-2359 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The parties shall show cause by April 8, 2025 why the Court need adopt and sign paragraph 9 of the parties' proposed stipulation and order filed on April 2, 2025. The parties shall submit a letter explaining why it is not sufficient that the parties identify and move to consolidate related cases, preserving for the parties who file such cases the right to oppose consolidation.

    SO ORDERED.

Dated: April 3, 2025
       New York, New York

                                      LEWIS J. LIMAN
                                      United States District Judge